UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MILFORD WALKER and GWEN WALKER, husband and wife, and STEPHEN SAFFOLD, through his conservator MILFORD WALKER,

Plaintiffs,

v.

GERALD A. SHERMAN and JULIE C. SHERMAN, husband and wife; JLA NORDSJAERNA, a business trust; WASHINGTON EVERGREENS, a Washington corporation,

Defendants.

Case No. C03-0093L

ORDER OF WITHDRAWAL

Counsel of record for plaintiffs Milford Walker et al. has filed a "Motion to Withdraw as Counsel GR2(g)" pursuant to Local General Rule 2(g)(4)(A). The motion is GRANTED.

DATED this 21st day of September, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF WITHDRAWAL
1